```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 14940
   LEROY FREEMAN
   SANDRA J FREEMAN                              CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-5456      SSN XXX-XX-9874

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/17/2007 and was confirmed 10/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/14/2008.
-----------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00            .00            .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE    18892.53            .00            .00
COOK COUNTY TREASURER     SECURED           1000.00            .00          60.00
VILLAGE OF DOLTON         SECURED            607.00            .00          45.00
ASSET ACCEPTANCE LLC      UNSECURED       NOT FILED            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         2803.14            .00            .00
INGALLS HOSPITAL          UNSECURED       NOT FILED            .00            .00
CHASE                     UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00            .00
AT & T BROADBAND          UNSECURED       NOT FILED            .00            .00
HSBC CARSON               UNSECURED       NOT FILED            .00            .00
LVNV FUNDING              UNSECURED       NOT FILED            .00            .00
NICOR GAS                 UNSECURED         9253.63            .00            .00
AT&T WIRELESS             UNSECURED          474.94            .00            .00
VATIV RECOVERY SOLUTIONS  UNSECURED          120.32            .00            .00
AT&T WIRELESS             UNSECURED       NOT FILED            .00            .00
RETAILERS NATIONAL BANK   UNSECURED       NOT FILED            .00            .00
RJM ACQUISITIONS          UNSECURED           61.81            .00            .00
ROUNDUP FUNDING LLC       UNSECURED         3724.85            .00            .00
ROUNDUP FUNDING LLC       UNSECURED         3452.77            .00            .00
CHASE MANHATTAN BANK USA  UNSECURED       NOT FILED            .00            .00
UNIFUNDING CCR PARTNERS   UNSECURED         5369.35            .00            .00
NORTHLAND GROUP           UNSECURED       NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,380.50                     1,298.75
TOM VAUGHN                TRUSTEE                                            96.25
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    1,500.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14940 LEROY FREEMAN & SANDRA J FREEMAN
```

```
PRIORITY                                                              .00
SECURED                                                            105.00
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,298.75
TRUSTEE COMPENSATION                                                96.25
DEBTOR REFUND                                                         .00
                                      ---------------    ---------------
TOTALS                                       1,500.00           1,500.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
   Dated: 07/22/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 07 B 14940 LEROY FREEMAN & SANDRA J FREEMAN